IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEVIN L. COOK,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:13-cv-718
CRIM. NO. 2:08-CR-186(3)
JUDGE SARGUS
MAGISTRATE JUDGE KING

## ORDER

On July 22, 2013, the United States Magistrate Judge recommended that petitioner's July 18, 2013 motion to vacate, Doc. No. 1437, be transferred to the United States Court of Appeals for the Sixth Circuit as a successive petition. *Report and Recommendation*, Doc. No. 1438. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 1438, is **ADOPTED and AFFIRMED**. The motion to vacate, Doc. No. 1437, is **ORDERED TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit as a successive petition.

The Clerk is **DIRECTED** to terminate this case.

8-29-2013
Date

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

1